**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: 16-3956 Cr.  **Caption [use short title]**

**Motion for:** Nunc pro tunc hours for Associate Attorney Adam Elewa

United States of American,

                  Plaintiff-Appellee

Adamou Djibo,

                  Defendants-Appellant

Set forth below precise, complete statement of relief sought:

Defendant seeks authorization, nunc pro tunc, for hours worked on appeal by associate attorney Adam Elewa in excess of those initially authorized.

**MOVING PARTY:** Adamou Djibo  **OPPOSING PARTY:** United States of America

☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Zachary Margulis-Ohnuma  **OPPOSING ATTORNEY:** DAVID K. KESSLER, Assistant United States Attorney
[name of attorney, with firm, address, phone number and e-mail]

Law Office of Zachary Margulis-Ohnuma | United States Attorney's Office, EDNY
260 Madison Avenue, 17th Fl., New York, NY 10016 | 271 Cadman Plaza East, Brooklyn, New York 11201
zach@zmolaw.com, (212) 685-0999 | David.Kessler@usdoj.gov, 718-254-7202

Court-Judge/Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☑ No (explain): Motion concerns CJA resources.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
s/ Zachary Margulis-Ohnuma  **Date:** 4/17/2018  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee <br><br> - AGAINST - <br><br> ADAMOU DJIBO, <br><br> Defendants-Appellant | Docket No. 16-3956-cr <br><br> **ATTORNEY AFFIRMATION** |

I, ZACHARY MARGULIS-OHNUMA, represent defendant-appellant Adamou Djibo in the above-captioned case. The case has recent been remanded to the district court for further consideration. *See* ECF No. 106.

I write to seek authorization, nunc pro tunc, for hours billed by associate attorney Adam Elewa as a result of his assistance in drafting the principal brief, reply brief, and Rule 28(j) letter. I previously asked (ECF No. at 14) that Mr. Elewa be appointed at the presumptive rate for full-time associates of one hundred and ten dollars ($110.00) per hour for up to one hundred and fifty (150) hours of work, which the Court granted. ECF. No. at 19. Mr. Elewa, however, has worked 28.1 hours over the 150 previously authorized. Mr. Elewa advises that the hours billed in excess of those authorized was due to the fact that the reply brief required more hours than he initially estimated, as did the Rule 28(j) letter and subsequent revisions of that letter.

*I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

Dated: New York, New York
April 17, 2018

*Zachary Margulis-Ohnuma*
Zachary Margulis-Ohnuma